IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LANCER INSURANCE COMPANY

        CASE NO: 0:24-CV-60185-WPD

      Plaintiff,

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

      Defendant.

_____/

## **DEFENDANT'S RESPONSE TO THE COURT'S MOTION TO SHOW CAUSE**

COMES NOW, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through undersigned counsel, and files its Answer to Plaintiff's Complaint:

1. This is a lawsuit that arises out of a coverage issue pertaining to an underlying car accident.

2. Plaintiff previously filed a Motion for Final Summary Judgment.

3. Shortly thereafter, this matter was resolved between the parties.

4. Unfortunately, neither party advised the court of the settlement that has been achieved. The settlement itself necessarily obviates the need for a response to Plaintiff's Motion.

5. The Defense does hereby give the court notice of said settlement and anticipates Plaintiff will be filing a Notice of Voluntary Dismissal with Prejudice shortly.

WHEREFORE, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, hereby requests an extension of time to respond to Plaintiff's Complaint and discovery and would further request whatever other relief this court believes appropriate.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been e-filed via the Florida E-Filing Portal and furnished via e-service to: Adam A. Duke, Esq., Richard A. Weldy, Esq. and Sean M. Fard, Esq., Young, Bill, Boles, Palmer, Duke & Thompson, P.A., *Counsel for Plaintiff,* at: rweldy@flalawyer.net; sfard@flalawyer.net and aduke@flalawyer.net this 26th of March 2025.

Beauchamp, Sang, Gonzales & Philpott, P.A.
*Attorney for Defendant*
3335 NW Boca Raton Blvd.
Boca Raton, FL 33431
Primary:        Agonzales@beauchampsang.com
Secondary:    Sandra@beauchampsang.com
Telephone:    (561) 393-6335
Facsimile:      (561) 419-7781

By:      */s/ Anthony R.  Gonzales*
         ANTHONY R. GONZALES
         Florida Bar No:  0373280