UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60185-CIV-DIMITROULEAS

LANCER INSURANCE COMPANY,

 Plaintiff,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

 Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court upon Defendant's Response to the Court's Order to Show Cause, filed herein on March 26, 2025. The Court has carefully considered the Motion [DE 30] and is otherwise fully advised in the premises.

In its Response, Defendant notifies the Court that a settlement on this matter has been reached. *See* [DE 30].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Compel [DE 19] is hereby **DENIED AS MOOT**.

2. Plaintiff's Motion for Summary Judgment [DE 27] is hereby **DENIED AS MOOT.**

3. Parties shall file dismissal documents by April 7, 2025

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of March, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record