UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60185-WPD

LANCER INSURANCE COMPANY,

     Plaintiff,

-V-

LIBRETY MUTUAL FIRE INSURANCE COMPANY,

     Defendant.

_____/

## ORDER OF DISMISSAL

This cause is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice. [DE 32]. The Court has considered the Stipulation, notes signatures of counsels, and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 32] is **APPROVED**;

2. This action is **DISMISSED WITH PREJUDICE;**

3. Each party shall bear its own costs and attorney's fees;

4. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of April 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record